JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 15-02378-BRO (PJWx) | Date | October 21, 2015 |
|---|---|---|---|
| Title | Gilly Ruben v. City of Los Angeles, et al. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff filed a Complaint with this Court on March 31, 2015.  (Dkt No. 1.)

   On October 5, 2015, the Court issued an Order to Show Cause why this case should not be dismissed for the failure comply with the Court's September 23, 2015 order.  (Dkt. No. 21.)  The response to this Order to Show Cause is to be filed no later than October 10, 2015.  *Id.*  The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time.  *Id.*  To date, however, no response to the Court's Order has been filed with this Court.

   Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |