UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLY RUBEN,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>            Defendants. | Case No.  CV 15-02378 BRO<br><br>**ORDER RE  STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

The Court, having previously stayed this matter and, **GOOD CAUSE APPEARING THEREFORE,  IT IS HEREBY ORDERED** that:

This action shall be STAYED until after the Willits settlement is finalized.   IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

 The first such report is to be filed on  July 22, 2016, unless the stay is lifted sooner.  Successive reports shall be filed every 90 days thereafter.  Each report must indicate on the face page the date on which the next report is due.

All pending calendar dates are vacated by the Court.

1.

1  This Court retains jurisdiction over this action and this Order shall not prejudice
2  any party to this action.
3
4
5      IT IS SO ORDERED.
6
7  DATED: May 5, 2016
   _____
8  HON. BEVERLY REID O'CONNELL
   United States District Judge

2.